# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JOSIAH MATOR, JR.**, <br> [DOB: 10/19/1981] <br><br> Defendant. | No. 20-cr-4080-RK <br><br> **COUNT 1** <br> 26 U.S.C. § 7206(1) <br> NMT 3 Years' Imprisonment <br> NMT $ 100,000 Fine <br> NMT 1 Year Supervised Release <br> Class E Felony <br><br> **COUNT 2** <br> 26 U.S.C. § 7206(2) <br> NMT 3 Years' Imprisonment <br> NMT $ 100,000 Fine <br> NMT 1 Year Supervised Release <br> Class E Felony <br><br> $100 Special Assessment (Each Count) |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
(False Income Tax Return)
<u>26 U.S.C. § 7206(1)</u>

On or about February 29, 2016, within Cole County and elsewhere in the Western District of Missouri, the defendant, **JOSIAH MATOR, JR.**, a resident of Cole County, Missouri, willfully made and subscribed an individual income tax return, which was verified by a written declaration that it was made under penalties of perjury, which the defendant did not believe to be true and correct as to every material matter, which was prepared and signed in the Western District of Missouri, and which was filed with the Internal Revenue Service, stated that his taxable income was $16,552.00, knowing that he did not include the business income from his tax preparation service; all in violation of Title 26, United States Code, Section 7206(1).

## COUNT 2
(False Income Tax Return)
26 U.S.C. § 7206(2)

On or about February 22, 2016, within Cole County and elsewhere in the Western District of Missouri, the defendant, **JOSIAH MATOR, JR.**, a resident of Cole County, Missouri, willfully aided and assisted in, procured, counseled and advised the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, of I.A. and L.A. for the calendar year 2015. The return was false and fraudulent as to a material matter, in that the defendant reported $12,000 in unreimbursed Employee Business Expenses, whereas, as the defendant then and there knew, I.A. and L.A. did not have any expenses related to their employment; all in violation of Title 26, United States Code, Section 7206(2).

**A TRUE BILL.**

*/S/ Eugene O'Loughlin*
**FOREPERSON OF THE GRAND JURY**

*/S/ Ashley S. Turner*
**Ashley S. Turner**
Assistant United States Attorney
Missouri Bar No. 62314

Date:   09/23/2020