IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cr-04080-RK |
| JOSIAH MATOR, JR., | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation prepared by Magistrate Judge Willie J. Epps, Jr. on March 6, 2025, which recommends that the Court find that Defendant Josiah Mator Jr.'s financial accounts with Missouri Credit Union are not exempt from garnishment under 18 U.S.C. § 3613(a). (Doc. 107.) Neither party filed objections within the 14-day period provided by Rule 59(b) of the Federal Rules of Criminal Procedure. As a result, the parties have waived their right to review. *Id.* After reviewing the record, the Court accepts the findings and recommendation made by Magistrate Judge Epps in full. Accordingly, the Court **ORDERS** that (1) the Report and Recommendation of Magistrate Judge Epps (Doc. 107) is **ADOPTED** and (2) Defendant Josiah Mator Jr.'s financial accounts with Missouri Credit Union are not exempt from garnishment under 18 U.S.C. § 3613(a).

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 28, 2025